# Exhibit F

```
UNITED STATES  DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------x          19-MD-2903(GWC)
In Re:  Fisher-Price Rock 'n Play
Sleeper Marketing, Sales Practices,
and Products Liability Litigation

                                        Rochester, New York
                                        December 9, 2019
                                        10:09 a.m.
-----------------------------x
```

**STATUS CONFERENCE**

```
              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE GEOFFREY W. CRAWFORD
              UNITED STATES DISTRICT JUDGE


FOR PLAINTIFF:      WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                    BY:  DEMET BASAR, ESQ.
                    BY:  DANIEL TEPPER, ESQ.
                    270 Madison Ave.
                    New York, New York 10016

FOR PLAINTIFF:      CONNORS LLP
                    BY:  KATE G. HOWARD, ESQ.
                    1000 Liberty Building
                    Buffalo, New York 14202


FOR DEFENDANT:      MANATT PHELPS & PHILLIPS LLP
                    BY:  CRAIG JOSEPH de RECAT, ESQ.
                    BY:  ADRIANNE ELIZABETH MARSHACK
                    695 Town Center Drive, 14th Floor
                    Costa Mesa, California 92626

FOR DEFENDANT:      GOLDBERG SEGALLA, LLP
                    BY:  PATRICK B. NAYLON, ESQ.
                    Two State Street, Suite 1200
                    Rochester, New York 14614



COURT REPORTER:     Diane S. Martens, FCRR, RPR
                    Rochester, New York 14614
```

58

| | | |
|---|---|---|
| 11:28AM | 1 | **THE COURT:** Right. |
| | 2 | **MR. TEPPER:** The documents that they produced |
| | 3 | comprising those 10,000 pages are what has been turned over |
| | 4 | to Congress to date and two years worth of communications |
| 11:28AM | 5 | with the CPSC.  We have not received any documents that are |
| | 6 | directly responsive to our specific requests in this case. |
| | 7 | So I'm happy to hear that the defendants intend to comply |
| | 8 | with the mid-January deadline for producing documents.  But |
| | 9 | I'm also concerned that not having received any documents |
| 11:28AM | 10 | responsive to our discovery requests and not having had any |
| | 11 | color about how the documents are even maintained, I hope |
| | 12 | they'll comply with it. |
| | 13 | **THE COURT:** Yeah, they will. |
| | 14 | **MS. MARSHACK:** Yes. |
| 11:29AM | 15 | **THE COURT:** They, they -- I can tell you they will. |
| | 16 | Coordination of discovery with a state wrongful |
| | 17 | death cases.  This is sort of the plaintiffs firm talking to |
| | 18 | itself, right, because the discovery's in your own cases on |
| | 19 | the state side? |
| 11:29AM | 20 | **MS. BASAR:** Your Honor, not quite like that but. |
| | 21 | **THE COURT:** Okay. |
| | 22 | **MS. BASAR:** We -- it's just not only our firm, it's |
| | 23 | the Pierce Bainbridge firm.  Yes.  I mean, on a certain |
| | 24 | level, yes.  Once we get the documents, there's no |
| 11:29AM | 25 | restriction under the CMO, you know, which says coordinate to |