**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903<br><br>Hon. Geoffrey W. Crawford<br><br>This Document Relates To: ALL CASES |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINES**

Plaintiffs and Defendants Mattel, Inc. and Fisher-Price, Inc. submit the following Joint Notice of Settlement and Stipulation and [Proposed] Order to Reset Deadlines.

The parties hereby provide notice to the Court that they have reached a settlement in principle that will resolve in full this multi-district litigation. The parties will be memorializing the settlement in a full settlement agreement, and Plaintiffs will be preparing a motion for preliminary approval of the settlement that will include a notice plan. The parties anticipate that the settlement agreement will be completed, and Plaintiffs anticipate that they will be able to file the settlement agreement, and a motion for preliminary approval of the settlement, by April 12, 2024.

As a result of this development, the parties respectfully request that the Court take off the calendar the hearing on Plaintiffs' Motion for Certification of the Settlement Class and the Initial Pretrial Conference currently scheduled for February 23, 2024, and enter an order requiring Plaintiffs to file a motion for preliminary approval of the settlement on or before April 12, 2024.

Respectfully submitted, this 13th day of February, 2024.

    /s/ Demet Basar
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Demet Basar
W. Daniel Miles, III
James B. Eubank
Paul W. Evans
218 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343
Fax: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Demet.Basar@BeasleyAllen.com
James.Eubank@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com

*Plaintiffs' Lead Counsel*

**CONNORS LLP**
Terrence ("Terry") Connors
Andrew M. Debbins
1000 Liberty Building
Buffalo, NY 14202
Tel: (716) 852-5533
tmc@connorsllp.com
amd@connorsllp.com

*Plaintiffs' Liaison Counsel*

/s/ *Matthew Kanny*
**GOODWIN PROCTER LLP**
Matthew P. Kanny (Cal. Bar No. 167118)
520 Broadway, Suite 500
Santa Monica, CA 90401
(424) 436-3001
mkanny@godwinlaw.com

**GREENBERG TRAURIG LLP**
Lori G. Cohen
Brandon D. Cox (pro hac vice)
3333 Piedmont Road, NE,
Suite 2500
Atlanta, GA 30305
(678) 553-1000
cohenl@gtlaw.com
coxb@gtlaw.com

**GOLDBERG SEGALLA, LLP**
Cheryl A. Possenti 65 Main Street
Buffalo, NY 14203
(716) 566-5400
cpossenti@goldbergsegalla.com

**GOODWIN PROCTER LLP**
Gerard J. Cedrone (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
(617) 570-1849
gcedrone@goodwinlaw.com

**GOODWIN PROCTER LLP**
Ariel E. Rogers (*pro hac vice*)
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100
arogers@goodwinlaw.com

*Counsel for Defendants
Fisher-Price, Inc. and Mattel, Inc.*

IT IS SO ORDERED.

_____
Geoffrey W. Crawford, U.S.D.J.